


**FILED MAR 09 2018** — Mary C. Loewenguth, Clerk, Western District of NY

**RECEIVED ELIZABETH A. WOLFORD MAR 09 2018** — United States District Judge, Western District of New York

# harrington & mahoney
ATTORNEYS AT LAW

March 8, 2018

*(Via email)*
Hon. Elizabeth Wolford
United States District Court Judge
United States Courthouse
100 State Street
Rochester, New York 14614

Re: *USA v Gene Foland, 12-cr-125*

Dear Judge Wolford:

In Docket 741 in the above case, you entered a text order which, in part, directs

> Defendants' supplemental briefing is due on or before 2/9/2018. The Government's response is due on or before 2/23/2018.

No time for a reply was indicated. You also previously indicated that you would decide whether further oral argument was necessary. This letter is made to request an opportunity on behalf of Mr. Foland to file a short reply to the governments' response. This can be filed any day next week if you permit it. I have contacted AUSA Russell Ippolito and he does not object.

Thank you for your consideration.

Very truly yours,
harrington & mahoney

By: _____
James P. Harrington

JPH/dmd
cc: All counsel (via email)

*Reply papers due 3/16/18.*

*So Ordered:*
*Elizabeth Wolford*

MARK J. MAHONEY
JAMES P. HARRINGTON
IAN M. HARRINGTON

LEGAL ASSISTANTS:
IVONNE DELUCA
DENISE M. DZIERZEWSKI

70 NIAGARA STREET
3RD FLOOR
BUFFALO, NEW YORK
14202-3407

AREA: 716
TEL: 853-3700
FACS: 853-3710

JPH@HARRINGTONMAHONEY.COM
WWW.HARRINGTONMAHONEY.COM